UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SACR 16-00029(A)-CJC |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT WESLEY JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Defendant's motion for review of the Magistrate Judge's detention order and for release is **DENIED**. The Court has considered (i) the nature and circumstances of the 12 offenses charged against Defendant; (ii) the weight of the evidence against Defendant; (iii) the history and characteristics of Defendant; and (iv) the nature and seriousness of the danger to the community.

After considering all these factors as well as all the evidence presented by the parties and the arguments of their counsel, the Court finds that no condition or combination of conditions will reasonably assure the appearance of Defendant as required. First, Defendant has a significant incentive to

flee.  The grand jury returned a First Superseding Indictment charging Defendant with one count of conspiracy to interfere with commerce by robbery, six counts of interference with commerce by robbery, one count of discharging a firearm in furtherance of a crime of violence, and four counts of brandishing a firearm in furtherance of a crime of violence. If convicted, he faces a very lengthy prison sentence of well over 20 years.  Second, Defendant has demonstrated an inability to comply with terms and conditions set by courts. In 2008, he was convicted of violating the terms of his parole, and he is alleged to have committed the charged offenses while on probation.  And he continues to possess and use firearms, even though he knows that he is prohibited from doing so due to his prior criminal convictions.

    The Court also finds by clear and convincing evidence that Defendant is a serious danger to the community, and that no condition or combination of conditions will reasonably assure the safety of the community.  Defendant is charged with being the organizer and leader of a wide-ranging conspiracy that involved six armed, daytime, "smash-and-grab" style robberies of jewelry stores and watch boutiques, and four unarmed robberies in addition thereto.  He is alleged to have played a particularly aggravating role in these serious crimes by supplying the firearms for several of the robberies and providing the tools and equipment necessary to perpetrate them, including stolen vehicles, hammers and backpacks. Defendant also has a very troubling criminal history that

1 includes two convictions for firearms-related offenses, as
2 well as arrests for murder and attempted murder.  He also is
3 alleged to have participated in a violent assault in 2015,
4 directing a woman to attack the victim and kicking the victim
5 in the head several times while the victim layed on the
6 ground.  He also has violated parole in the past and allegedly
7 committed the charged offenses while on probation.  And within
8 the past two months, he appears to have participated in an
9 illegal firearms transaction involving a stolen Taurus
10 semiautomatic handgun.  Finally, Defendant has ties to, and is
11 a suspect member of, the Inglewood Family Bloods, a criminal
12 street gang.
13     IT IS THEREFORE ORDERED that Defendant be detained prior
14 to trial.
15     IT IS FURTHER ORDERED that Defendant be committed to the
16 custody of the Attorney General for confinement in a
17 corrections facility separate, to the extent practicable, from
18 persons awaiting or serving sentences or being held in custody
19 pending appeal.
20     IT IS FURTHER ORDERED that Defendant be afforded
21 reasonable opportunity for private consultation with counsel.
22     IT IS FURTHER ORDERED that, on order of a Court of the
23 United States or on request of any attorney for the
24 Government, the person in charge of the corrections facility
25 in which Defendant is confined deliver Defendant to a United
26 / /
27 / /
28

States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: July 28, 2016

_____
HONORABLE CORMAC J. CARNEY
United States District Judge